UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-00491-D

| | | |
|---|---|---|
| EICES RESEARCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MOTOROLA MOBILITY LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is Odyssey Wireless, Inc.'s unopposed motion for the Court to direct the clerk to modify the caption of Cause No. 5:14-cv-00491-D to read as follows: Odyssey Wireless, Inc., Plaintiff, v. Motorola Mobility, LLC, Defendant. Upon review of the unopposed motion, the Court is of the opinion that it should be **GRANTED**.

This the _5_ day of February, 2015.

JAMES C. DEVER III
Chief United States District Judge