1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODYSSEY WIRELESS, INC.,<br><br>                           Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>                      Defendant. | Case No.: 15-cv-01741-H-RBB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW <u>DAUBERT</u> MOTION**<br><br>[Doc. No. 251.] |

On August 15, 2016, Plaintiff filed a <u>Daubert</u> motion to preclude portions of the expert testimony of Defendant Motorola Mobility LLC's damages expert Ms. Mulhern. (Doc. No. 234.)  On August 23, 2016, Motorola served Plaintiff with a revised rebuttal expert report by Ms. Mulhern.  (Doc. No. 251.)  On August 24, 2016, Plaintiff filed a motion to withdraw its <u>Daubert</u> motion in light of the revised rebuttal expert report.  (<u>Id.</u>) Accordingly, the Court grants Plaintiff's motion to withdraw its earlier filed <u>Daubert</u>

///

1

1   motion and orders that the <u>Daubert</u> motion (Doc. No. 234) be withdrawn from the docket.

2      **IT IS SO ORDERED.**

3   DATED: August 25, 2016

4

5                           MARILYN L. HUFF, District Judge
                           UNITED STATES DISTRICT COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

15-cv-01741-H-RBB